IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Plaintiff,

vs.    Case No. <u>23-po-5072-RES-1</u>
<u>CVB Violation E1914530</u>

GABE M. CARNLEY,

Defendant,

## AGREEMENT FOR PRE-TRIAL DIVERSION

It appearing that you are suspected of an offense against the United States in connection with the above-referenced violation report, which is attached hereto and incorporated herein, and;

Upon accepting responsibility for your continued good behavior and by your signature on this Agreement, it appearing, after an investigation of the offense and your background, that the interest of the United States and your own interest and the interest of justice will be served by the following procedure; therefore,

On the authority of the Attorney General of the United States, by Kate E. Brubacher, United States Attorney for the District of Kansas, prosecution in this District for this offense shall be deferred until **December 31, 2023**, provided you abide by the conditions and requirements of this Agreement set out below.

Should you violate the conditions of this Agreement, the United States Attorney may revoke or modify any conditions of this pre-trial diversion program. The United States Attorney may at any time within the period of your supervision initiate prosecution for these offenses should you violate the conditions of this Agreement.  In this case she will furnish you with notice

specifying the conditions of the Agreement which you have violated.

By accepting this agreement, you are stipulating to the facts as set forth in the Statement of Probable Cause attached to the above-referenced violation report, attached along with the report to this Agreement, and consenting to proceed to a trial before the Court on those stipulated facts if you violate the conditions of this Agreement.

After successfully completing your diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offense set out above will be instituted in this District, and the charges against you, if any, will be dismissed.

Neither this Agreement nor any other document filed with the United States Attorney as a result of your participation in the Pre-trial Diversion Program will be used against you in connection with any prosecution for the above-described offense.

### GENERAL CONDITIONS FOR PRE-TRIAL DIVERSION

1. You shall not violate any law (federal, state, or local).

### CONCLUSION

I assert and certify that I am aware that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information or in bringing a defendant to trial. I hereby request that the United States Attorney for the District of Kansas defer any prosecution. I agree and consent that any delay from the date of this Agreement to the date of the initiation of the prosecution, as provided for in the terms expressed herein, shall be deemed to

be a necessary delay at my request, and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this agreement.

I hereby state that the above has been read and explained to me.

I understand the conditions of my pre-trial diversion program and agree that I will comply with them.

| 11 July 2023 | *[signature]* |
|---|---|
| Date | Defendant's Signature |
| | Gabe Carnley |
| | Defendant's Printed Name |

| 11 July 2023 | /s/ Kate E. Brubacher |
|---|---|
| Date | Kate E. Brubacher |
| | United States Attorney |

| 11 July 2023 | /s/ Jared S. Maag |
|---|---|
| Date | Jared S. Maag #17222 |
| | Assistant United States Attorney |

3

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| K5A | E 1914530 | Beckman | 598 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 5-29-2023 14:25 | 327.5(c) |

**Place of Offense**
Marshal Cove Cliffs

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Cliff Jumping

### DEFENDANT INFORMATION
Phone: (316) ███

| Last Name | First Name | M.I. |
|---|---|---|
| Carnley | Gabe | M |

Street Address: ███

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Wichita | KS | 67206 | ███ |

Drivers License No.: ███  CDL ☐  D.L. State: KS  Social Security No.: ███

☐ Adult  ☐ Juvenile  Sex ☒ Male ☐ Female  Hair — Eyes — Height — Weight —

### VEHICLE  VIN:  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| ███ | AR | | Jet | | |

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 75 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →  $ 105.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: N/A     Date: —     Time: —

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *Gabe Carnley*

Original - CVB Copy

*E1914530*

CVB SCAN 06/12/2023 8:17

# STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 29 May 2023 at 14:25 hours while exercising duties as a law enforcement officer at Wilson Lake in the District of Kansas, Ranger Matthew Beckman issued Gabe M Carnley Violation Notice E1914530 for cliff jumping at the Marshal Cove cliff area. Mr. Carnley was observed jumping of the cliffs by Park Ranger Trustin Kreft. Mr. Carnley was issued Violation Notices for Title 36 CFR 327.5(c) for cliff jumping.

My contact information is:

Matthew Beckman
Park Ranger

Matthew.s.beckman@

US Army Corps of Engineers
4860 Outlet Blvd
Sylvan Grove, KS, 67481

Total Collateral due is $105.00

The foregoing statement is based upon:

_x_ My personal investigation
_x_ My personal observation
__ Information supplied to me from my fellow officers observation
__ Other (explain above)

I declare that under penalty of perjury that the information which I have set forth above and on the face of the violation notice is true and correct to the best of my knowledge.

Executed this 29th
Day of May 2023

_____
Signature
Matthew Beckman (#398)

Probable cause has been stated for the issuance of a warrant for the arrest of the violator named or identified herein.

_____        _____
(Date)                      United States Magistrate